UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division

**UNITED STATES OF AMERICA**

**-vs-**                                                                                       **Case No.  2:98cr20028-1-Ml**

**TERRENCE HOWARD**

_____

## FINDING OF PROBABLE CAUSE

On the evidence presented at the preliminary examination, I find that there is probable cause to believe that the offenses charged in Title 21 U.S.C. § 846 have been committed and that the defendant committed them.  It is therefore,

**ORDERED** that **TERRENCE HOWARD** is held to answer in the Western District of Tennessee where the prosecution is pending.

**DONE** and **ORDERED** in 167 North Main, Memphis,  Tennessee on 4th day of May, 2006.

                                                               _____s/ James H. Allen_____
                                                                              JAMES H. ALLEN
                                                               UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
United States Marshal
Pretrial Services Office
Counsel for Defendant
Terrence Howard